FILED

MAY 09 2018

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:18-MJ-1413

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | |
| ) | CRIMINAL INFORMATION |
| KIMBERLY R. WILLIAMS ) | |
| ) | |

Defendant:

The United States Attorney charges:

## COUNT ONE

THAT on or about November 24, 2017, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, KIMBERLY R. WILLIAMS, did willfully and knowingly embezzle, steal, purloin, and convert to her use money and property belonging to the United States Government having a value less than $1,000.00, to wit; several cosmetic products, of a value less than $1,000.00, in violation of Title 18, United States Code, Section 641.

## COUNT TWO

THAT, on or about November 24, 2017, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States, and within the Eastern District of North Carolina, KIMBERLY R. WILLIAMS, did willfully and unlawfully resist, delay or obstruct a public officer in discharging or attempting to discharge a duty of his

office, in violation of Title 18, United States Code, Section 13, assimilating North Carolina General Statute 14-223.

                              ROBERT J. HIGDON, JR.
                              UNITED STATES ATTORNEY

                              BY: _____
                              ANDREW M. HOPKINS
                              Special Assistant United States Attorney
                              XVIII Airborne Corps & Ft Bragg
                              Fort Bragg, NC 28307-5000
                              (910) 396-1221/1222