# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| USA | 5:18-MJ-1413-KS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| KIMBERLY R. WILLIAMS | SHOW CAUSE ORDER |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: KIMBERLY R. WILLIAMS

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code):

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

CLERK'S OFFICE
310 NEW BERN AVE.
RALEIGH, NC 27601

RECEIVED JUL 13 2018
U.S. Marshals Service, EDNC

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

DEFENDANT'S COURT DATE IS 9/5/2018 AT 8:00AM AT THE U.S. DISTRICT COURT - 301 GREEN STREET, FAYETTEVILLE, NC.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT

TELEPHONE NUMBER: 919-645-1700
DATE: 7/11/18

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 56 | No. 56 | Carol Smith | 7-13-18 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

Date: 7-23-18
Time: [ ] am [ ] pm

Signature of U.S. Marshal or Deputy: Carol Smith

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 800 | | | 800 | | 800 ~~$0.00~~ |

REMARKS: 7-13-18 CERTIFIED MAIL 7018 0680 0000 7711 5858
SEE PS FORM 3811 OR USPS TRACKING

RECEIVED
JUL 24 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13



**U.S. Department of Justice**

*United States Marshals Service*
*Eastern District of North Carolina*

310 New Bern Avenue, Suite 100
Raleigh, NC 27601

Official Business
Penalty for Private Use $300

CERTIFIED MAIL

7018 0680 0000 7711 5858

RECEIVED JUL 23 2018 U.S. Marshals Service, EDNC

$6.67 US POSTAGE FIRST-CLASS 062S0011396890 FROM 27601

Kimberly R. Williams

NIXIE    276    DE 1    0007/21/18
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 27601144199    *2780-01497-15-14

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. 5:18mj 1413 KS
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits. CnS

1. Article Addressed to:

Kimberly R. Williams

9590 9402 3985 8079 3191 92

2. Article Number (Transfer from service label)

7018 0680 0000 7711 5858

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RECEIVED JUL 23 2018
U.S. Marshals Service

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt